**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:16cr110 |
| | ) | **Electronic Filing** |
| **SAMIRKUMAR J. SHAH** | ) | |

## ORDER OF COURT

AND NOW, this 13th day of August, 2020, upon due consideration of defendant's post-trial motion for discovery and the parties' submissions in conjunction therewith, IT IS ORDERED that [192], [193-1] the motion be, and the same hereby is, granted as follows: defendant shall secure a vendor acceptable to the United States and Federal Bureau of Investigation to make copies of the materials and records seized from Dr. Shah's medical practice.  Defendant shall arrange for the vendor to gain access to the materials and records in a manner acceptable to both parties and to complete the reproduction without undue delay. Further measures/procedure needed to conduct an evidentiary hearing on sentencing factors in dispute will be determined and set after the reproduction has been completed.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:     Eric G. Olshan, AUSA
        Nicole Vasquez Schmitt, AUSA
        Thomas D. Kenny, Esquire

        (*Via CM/ECF Electronic Mail*)