IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:16-110 |
| | ) | **Electronic Filing** |
| **SAMIRKUMAR J. SHAH** | ) | |

### ORDER OF COURT

AND NOW, this 10th day of November, 2020, in accordance with the previous discussions with counsel, IT IS ORDERED that a hearing on the sentencing factors in dispute is scheduled for **Thursday, January 21, 2021, at 1:00 PM.**  The hearing will be by Zoomgov.com video conference.  Counsel shall appear through this format.  The instructions to connect to the hearing will be distributed to counsel of record via email prior to the hearing.  Defendant is required to attend the hearing via video conferencing.


s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge


cc:    Eric G. Olshan, AUSA
        Nicole Vasquez Schmitt, AUSA
        Thomas D. Kenny, Esquire

        (*Via CM/ECF Electronic Mail*)