# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 16-110** |
| | **:** | |
| **v.** | **:** | **(JUDGE CERCONE)** |
| | **:** | |
| **SAMIRKUMAR J. SHAH** | **:** | **(ELECTRONICALLY FILED)** |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, this 6th day of August 2021, comes Defendant Dr. Samirkumar J. Shah, by and through his attorney, Thomas Kenny, Esquire, of Kenny, Burns & McGill, and respectfully moves this Honorable Court to withdraw Mr. Kenny's appearance as counsel and avers the following in support thereof:

1. Thomas Kenny, Esquire, of Kenny, Burns & McGill was retained to represent Dr. Shah through final judgment in the instant matter.

2. Trial in this matter began on June 3, 2019 and ended when a verdict was delivered on June 14, 2019.

3. A sentencing hearing was held in this matter on August 5, 2021, at which time this Honorable Court rendered its final judgment.

4. As final judgment has been entered, undersigned counsel's representation has thus concluded.

5. Upon knowledge, information, and belief of undersigned counsel, the Defendant has obtained new counsel to represent him, to wit, Joshua Lowther, Esquire, of Lowther | Walker LLC.

6. The Defendant respectfully requests that this Honorable Court rule on

this motion on the pleadings, or, if a hearing is necessary, to permit Mr. Kenny to appear telephonically or by video conference.

WHEREFORE, for all the foregoing reasons, Defendant respectfully requests that Thomas Kenny, Esquire, of Kenny, Burns & McGill, be withdrawn as counsel in this matter.

Respectfully Submitted,

**KENNY, BURNS & MCGILL**

By: **/s/ Thomas D. Kenny**
Thomas D. Kenny, Esquire
PA  Attorney ID No. 77611
1500 John F. Kennedy Blvd.
Two Penn Center, Suite 520
Telephone: (215) 423-5500
Facsimile: (215) 231-9847
filings@kennyburnsmcgill.com

Dated: August 6, 2021

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 16-110** |
| | **:** | |
| **v.** | **:** | **(JUDGE CERCONE)** |
| | **:** | |
| **SAMIRKUMAR J. SHAH** | **:** | **(ELECTRONICALLY FILED)** |

## CERTIFICATE OF SERVICE

I, Thomas Kenny, Esquire, counsel for Dr. Samirkumar J. Shah, hereby certify that I have served, via the Court's electronic filing system, the foregoing Motion to Withdraw Appearance on Assistant United States Attorneys Eric Olshan and Nicole Vasquez Schmitt.

Respectfully Submitted,

**KENNY, BURNS & MCGILL**

By: ***/s/ Thomas D. Kenny***
Thomas D. Kenny, Esquire
PA  Attorney ID No. 77611
1500 John F. Kennedy Blvd.
Two Penn Center, Suite 520
Telephone: (215) 423-5500
Facsimile: (215) 231-9847
filings@kennyburnsmcgill.com

Dated: August 6, 2021