**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-110** |
| | : | |
| v. | : | **(JUDGE CERCONE)** |
| | : | |
| **SAMIRKUMAR J. SHAH** | : | **(ELECTRONICALLY FILED)** |

**ORDER**

AND NOW, this _____ day of August 2021, upon consideration of Thomas Kenny, Esquire's Motion to Withdraw Appearance, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

The Clerk is hereby directed to mark Mr. Kenny's status of representation accordingly.

_____
United States District Judge